Form 213

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mark A. Orelski**
   Debtor(s)

Bankruptcy Case No.: 20−10007−TPA
Related to Docket No. 34
Chapter: 13
Docket No.: 35 − 34
Concil. Conf.: 4/5/22 at 11:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 17, 2022,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 10, 2022,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **4/5/22** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 3, 2022

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

        Ronda J. Winnecour, Trustee
        P.O. Box 84051
        Chicago, IL 60689–4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark A. Orelski  
    Debtor

Case No. 20-10007-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: agro      Page 1 of 3  
Date Rcvd: Jan 03, 2022      Form ID: 213      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. Orelski, 331 Metz Street, Erie, PA 16508-2723 |
| 15179432 | + | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15179433 | + | Discover Student Loans, P O BOX 30949, Salt Lake City, UT 84130-0949 |
| 15179438 | | PennyMac, P O BOX 514387, Los Angeles, CA 90051-4387 |
| 15218096 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15179440 | | USAA American Express, PO Box 650448, Dallas, TX 75265-0448 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 04 2022 02:46:26 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 04 2022 02:46:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15207074 | | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2022 02:47:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15179426 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2022 02:47:00 | Ally Financial, P O BOX 380902, Minneapolis, MN 55438-0902 |
| 15179427 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 02:46:18 | Ashley Homestores/SYNCB, P O BOX 960061, Orlando, FL 32896-0061 |
| 15179439 | | Email/Text: BankruptcyNotices@aafes.com | Jan 04 2022 02:47:00 | The Exchange, P O BOX 740890, Cincinnati, OH 45274-0890 |
| 15218090 | | Email/Text: BankruptcyNotices@aafes.com | Jan 04 2022 02:47:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236 |
| 15179428 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2022 02:46:31 | Capital One, P O BOX 71083, Charlotte, NC 28272-1083 |
| 15183422 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2022 02:46:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15179429 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 02:46:18 | Care Credit/Synchrony Bank, P O BOX 960061, Orlando, FL 32896-0061 |
| 15179431 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 04 2022 02:46:27 | Credit One Bank, P O BOX 98873, Las Vegas, NV 89193-8873 |
| 15181868 | | Email/Text: mrdiscen@discover.com | Jan 04 2022 02:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15181030 | + | Email/Text: DSLBKYPRO@discover.com | Jan 04 2022 02:47:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15179434 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 04 2022 02:46:27 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 15179435 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2022 02:46:34 | Home Depot Credit Services, P O 9001010, Louisville, KY 40290-1010 |
| 15185279 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2022 02:46:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15179436 | | Email/Text: ml-ebn@missionlane.com | Jan 04 2022 02:46:00 | Lendup Card Services, Inc., P O BOX 4517, Carol Stream, IL 60197-4517 |
| 15203939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 04 2022 02:46:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15179437 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 02:46:18 | Paypal Credit Services/SYNCB, P O BOX 960080, Orlando, FL 32896-0080 |
| 15179438 | | Email/PDF: ebnotices@pnmac.com | Jan 04 2022 02:46:29 | PennyMac, P O BOX 514387, Los Angeles, CA 90051-4387 |
| 15218096 | + | Email/PDF: ebnotices@pnmac.com | Jan 04 2022 02:46:24 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15204023 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 04 2022 02:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15212516 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 02:46:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15179542 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 02:46:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15211376 | | Email/PDF: ebn_ais@aisinfo.com | Jan 04 2022 02:46:28 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15179441 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2022 02:46:18 | Walmart/Synchrony Bank, PO BOX 530927, Atlanta, GA 30353-0927 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15179430 | | Client Services, 3451 Harry S Truman Blvd, WI 53301-4047 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2022     Signature:     /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 3 of 3 |
| Date Rcvd: Jan 03, 2022 | Form ID: 213 | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tina M. Fryling | on behalf of Debtor Mark A. Orelski tinafryling@gmail.com tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

TOTAL: 5