UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : |
| MARK ORELSKI | : Case No. 20-10007 TPA |
| | : Chapter 13 |
| *Debtor* | : |
| | : |
| MARK ORELSKI | : Hearing Date:  April 6, 2022 |
| | :   Hearing Time:  10:00 a.m. |
| *Movant* | : Objection Date:  March 7, 2022 |
| | : |
| v. | :       Related to Document No. |
| PENNYMAC LOAN SERVICES, LLC | : |
| | : |

## **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the undersigned's Application of Debtor's Motion for Approval of Mortgage Modification has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion  appears thereon at the present time.  Pursuant to the Notice in this case, responses were to be filed and served no later than March 7,  2022.

Respectfully Submitted,

   /S/ Tina M. Fryling
Tina M. Fryling, Esq.
4402 Peach Street, Suite 3
Erie, PA 16509
(814) 450-5161
Facsimile: (814) 240-5616
PA Supreme Court ID # 76520