FILED
4/6/22 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MARK A. ORELSKI<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>MARK A. ORELSKI<br><br>Respondent(s) | Case No. 20-10007TPA<br>Chapter 13<br><br>Related to Document No. 34 |

### ORDER

AND NOW, this  7th  day of        April        , 20 22 , the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐  This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☒  This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.  Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.  This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.     The Clerk shall give notice to all creditors of this dismissal.

    D.     Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

    E.     The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

        (1)    the time deadline provided by state law; or

        (2)    30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of __ months; the monthly plan payment amount is changed to $_____ effective_____.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____
_____
_____
_____
_____

BY THE COURT:

*/s/ Thomas P. Agresti*
United States Bankruptcy Judge   jlm

Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark A. Orelski  
    Debtor

Case No. 20-10007-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Apr 06, 2022     Form ID: pdf900     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. Orelski, 331 Metz Street, Erie, PA 16508-2723 |
| 15179432 | + | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15179433 | + | Discover Student Loans, P O BOX 30949, Salt Lake City, UT 84130-0949 |
| 15179440 | | USAA American Express, PO Box 650448, Dallas, TX 75265-0448 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2022 23:31:37 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 06 2022 23:31:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15207074 | | Email/Text: ally@ebn.phinsolutions.com | Apr 06 2022 23:34:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15179426 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 06 2022 23:34:00 | Ally Financial, P O BOX 380902, Minneapolis, MN 55438-0902 |
| 15179427 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:30:59 | Ashley Homestores/SYNCB, P O BOX 960061, Orlando, FL 32896-0061 |
| 15179439 | | Email/Text: BankruptcyNotices@aafes.com | Apr 06 2022 23:34:00 | The Exchange, P O BOX 740890, Cincinnati, OH 45274-0890 |
| 15218090 | | Email/Text: BankruptcyNotices@aafes.com | Apr 06 2022 23:34:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236 |
| 15179428 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 23:31:00 | Capital One, P O BOX 71083, Charlotte, NC 28272-1083 |
| 15183422 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 23:31:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15179429 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:31:21 | Care Credit/Synchrony Bank, P O BOX 960061, Orlando, FL 32896-0061 |
| 15179431 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 06 2022 23:41:53 | Credit One Bank, P O BOX 98873, Las Vegas, NV 89193-8873 |
| 15181868 | | Email/Text: mrdiscen@discover.com | Apr 06 2022 23:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15181030 | + | Email/Text: DSLBKYPRO@discover.com | Apr 06 2022 23:34:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15179434 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 06 2022 23:31:38 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |

Case 20-10007-TPA   Doc 44   Filed 04/08/22   Entered 04/09/22 00:22:51   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15179435 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 06 2022 23:41:56 | Home Depot Credit Services, P O 9001010, Louisville, KY 40290-1010 |
| 15185279 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 23:31:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15179436 | | Email/Text: ml-ebn@missionlane.com | Apr 06 2022 23:34:00 | Lendup Card Services, Inc., P O BOX 4517, Carol Stream, IL 60197-4517 |
| 15203939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2022 23:31:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15179437 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:31:21 | Paypal Credit Services/SYNCB, P O BOX 960080, Orlando, FL 32896-0080 |
| 15179438 | | Email/PDF: ebnotices@pnmac.com | Apr 06 2022 23:41:53 | PennyMac, P O BOX 514387, Los Angeles, CA 90051-4387 |
| 15218096 | + | Email/PDF: ebnotices@pnmac.com | Apr 06 2022 23:41:56 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15204023 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2022 23:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15212516 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:31:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15179542 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:31:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15211376 | | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2022 23:31:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15179441 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:31:21 | Walmart/Synchrony Bank, PO BOX 530927, Atlanta, GA 30353-0927 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15179430 | | Client Services, 3451 Harry S Truman Blvd, WI 53301-4047 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022            Signature:      /s/Gustava Winters

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tina M. Fryling | on behalf of Debtor Mark A. Orelski tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

TOTAL: 5