**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARK A. ORELSKI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-10007 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/04/2020 and confirmed on 02/25/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 15,946.00 |
| Less Refunds to Debtor | | 0.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 15,946.00 |
| | | | | |
| Administrative Fees | | | | |
| Filing Fee | | 0.00 | | |
| Notice Fee | | 0.00 | | |
| Attorney Fee | | 2,194.41 | | |
| Trustee Fee | | 974.87 | | |
| Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 3,169.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4692 | | | | |
| ALLY BANK(*) | 0.00 | 12,776.72 | 0.00 | 12,776.72 |
| Acct: 2374 | | | | |
| ALLY BANK(*) | 1,168.37 | 0.00 | 0.00 | 0.00 |
| Acct: 2374 | | | | |
| | | | | 12,776.72 |
| **Priority** | | | | |
| TINA M FRYLING ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK A. ORELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TINA M FRYLING ESQ | 4,000.00 | 2,194.41 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| SYNCHRONY BANK | 642.90 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8781 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 317.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1571 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 4,512.44 | 0.00 | 0.00 | 0.00 |
| Acct: 6184 | | | | |
| SYNCHRONY BANK | 427.87 | 0.00 | 0.00 | 0.00 |
| Acct: 9933 | | | | |
| LVNV FUNDING LLC | 1,585.60 | 0.00 | 0.00 | 0.00 |
| Acct: 9878 | | | | |
| DISCOVER BANK(*) | 791.07 | 0.00 | 0.00 | 0.00 |
| Acct: 9367 | | | | |
| DISCOVER STUDENT LOANS | 6,697.14 | 0.00 | 0.00 | 0.00 |
| Acct: 0128 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 436.17 | 0.00 | 0.00 | 0.00 |
| Acct: 4713 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 832.61 | 0.00 | 0.00 | 0.00 |
| Acct: 1315 | | | | |
| LENDUP TAB BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9072 | | | | |
| SYNCHRONY BANK | 2,040.44 | 0.00 | 0.00 | 0.00 |
| Acct: 6073 | | | | |
| ARMY & AIR FORCE EXCHANGE SVCS | 3,903.80 | 0.00 | 0.00 | 0.00 |
| Acct: 9676 | | | | |
| USAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5558 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 2,197.14 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                          12,776.72

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 1,168.37 |
| UNSECURED | 24.384.18 |

Date: 05/04/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com